IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| DLJ MORTGAGE CAPITAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No. 2023-32 |
| vs. ) | |
| ) | |
| ANYA GWELYN FLOYD, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is plaintiff's verified motion to serve "unknown heirs" by publication [ECF 9] pursuant to 5 V.I.C. § 112(a).

This is an action to foreclose a mortgage executed by the deceased, Mabel Harrigan, regarding the Mortgaged Property. [ECF 1]. In support of its motion, plaintiff relies on counsel's verification of the motion stating that service of summons cannot be made within the U.S. Virgin Islands on the "Unknown Heirs" because if any exist, their identities are unknown to plaintiff. [ECF 9] at 2.

Title 5 Virgin Islands Code § 112(a)(6) permits a court to order service by publication in lieu of service as prescribed in Rule 4 of the Federal Rules of Civil Procedure when (1) "the action is to foreclose . . . a mortgage . . . on real estate in the Virgin Islands," (2) it has been established by affidavit to the Court's satisfaction that a defendant cannot be found in the Virgin Islands after due diligence, and (3) "it also appears that a cause of action exists against the defendant."[1] The Court finds that plaintiff has minimally satisfied the requirements of 5 V.I.C. § 112.

---

[1] Assuming unknown heirs and other claimants to the Property exist, they are proper parties to the foreclosure action. *See* 15 V.I.C. § 645 (stating "[h]eirs are liable to an action by a creditor of a deceased person to recover the debt of their ancestor . . . to the extent of the value of any real property inherited by . . . them [and] . . . all the heirs who are liable shall be made parties to the action").

Accordingly, it is hereby ORDERED:

(1) Plaintiff's motion [ECF 9] is GRANTED;

(2) Service upon the unknown heirs of the deceased Mabel Harrigan's interest in the subject property shall be made by publication in The Virgin Islands Daily News for not less than once a week for four consecutive weeks in accordance with 5 V.I.C. § 112(c); and

(3) Plaintiff shall file proof of service by publication with the Court on or before December 15, 2023

**Dated:** October 18, 2023    S\_____
**RUTH MILLER**
United States Magistrate Judge