### IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. THOMAS AND ST. JOHN

MCLP ASSET COMPANY, INC.;

    Plaintiff,

v.

ANYA GWELYN FLOYD; J.S., A MINOR CHILD IN THE CARE OF HIS MOTHER AND NATURAL GUARDIAN, GEMMA JUNELLA ASHLY; and ANY AND ALL UNKNOWN HEIRS, BENEFICIARIES, DEVISEES, CREDITORS, GRANTEES, ASSIGNEES, LIENORS, TRUSTEES AND ALL OTHER PARTIES CLAIMING AN INTEREST BY, THROUGH, UNDER OR AGAINST THE ESTATE OF MABLE HARRIGAN, DECEASED;

    Defendants.
_____/

Case No: 3:23-cv-00032

Action for Debt and Foreclosure of Real Property Mortgage

## **ENTRY OF DEFAULT**

This matter is before the Court on the Request for Entry of Default filed by Plaintiff, MCLP ASSET COMPANY, INC.  It appearing to the Court that Defendant J.S., A MINOR CHILD IN THE CARE OF HIS MOTHER AND NATURAL GUARDIAN, GEMMA JUNELLA ASHLY; was served with a copy of the Summons and Complaint; and that the Defendant failed to answer, plead, appear or otherwise defend in this matter within the time limited by law; and it appearing that the Defendant is not an infant or incompetent, nor in the military services; accordingly, default is entered against Defendant J.S.

Dated: September 30, 2025

s/ Glenda L. Lake
**GLENDA L. LAKE, ESQ.**
**Clerk of Court**